## DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** October 9, 2003  **TO:** Intake Clerk

**FROM:** CASSANDRA WARREN (203)▮

**CASE TITLE:** PERRELLI VS. TAYLOR

**DOCKET NO.:** 3:01CV1464-AHN

**NOTICE OF APPEAL:** filed: October 8, 2003

**APPEAL FROM:** final judgment: YES

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓   Due _____   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge _____

**COUNSEL:** CJA _____   Retained ✓   Pro Se _____

**TIME STATUS:** Timely ✓   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____   Denied _____

**COA:** Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____  DATE: OCT 15 2003
DEPUTY CLERK, USCA

*Stamp: 2003 OCT 20 P 3:33 FILED*