UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR -9 P 2: 34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FRANK PERRELLI

v.

WILLIAM TAYLOR

3:03CV01464 (AHN)

## INDEX TO RECORD ON APPEAL

| | DOCUMENT NO. |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed 8/6/06 (Doc. #1) | 2 |
| Answer, filed 10/9/01 (Doc. #6) | 3 |
| Motion for Summary Judgment, filed 3/18/02 (Doc. #8) | 4 |
| Memorandum, filed 3/18/02 (Doc. #9) | 5 |
| Statement, filed 3/18/02 (Doc. #10) | 6 |
| Affidavits, filed 3/18/02 (Doc. #11) | 7 |
| Memorandum, filed 4/23/02 (Doc. #13) | 8 |
| Ruling, filed 9/08/03 (Doc. #14) | 9 |
| Judgment, filed 9/12/03 (Doc. #15) | 10 |
| Notice of Appeal, filed 10/08/03 (Doc. #16) | 11 |
| Clerk's Certificate | 12 |